DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-501 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| ROBERT EDWARD LANDRY, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for a Status Conference on January 23, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Camil Skipper.  Defendant Robert Edward Landry was present in custody with Sign Language Interpreter Arlene Atwood, and was represented by his counsel, Chief Assistant Federal Defender Linda Harter.

Defense counsel stated that more time was needed for review of discovery and discussion with her client and requested that the matter be set for a status conference on February 27, 2007 at 9:30 a.m.

1    The parties agreed on the need for additional time to allow time
2 for defense preparation.
3    IT IS ORDERED that this matter be continued to February 27, 2007
4 at 9:30 a.m. for a Status Conference.
5    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
6 (iv), the period from January 23, 2007 to and including February 27,
7 2007 is excluded from the time computations required by the Speedy
8 Trial Act due to ongoing preparation of counsel.
9 DATED: January 25, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed Order/Landry/CR-S-06-501-LKK     2