```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT EDWARD LANDRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-501 LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ROBERT EDWARD LANDRY, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

This matter came before the Court for a Status Conference on February 27, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Camil Skipper. Defendant Robert Edward Landry was present in custody with the Sign Language Interpreter, and was represented by his counsel, Chief Assistant Federal Defender Linda Harter.

Defense counsel stated that more time was needed and requested that the matter be set for a status conference on March 20, 2007 at 9:30 a.m.

1   The parties agreed on the need for additional time to allow time
2 for defense preparation.
3   IT IS ORDERED that this matter be continued to March 20, 2007 at
4 9:30 a.m. for a Status Conference.
5   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
6 (iv), the period from February 27, 2007 to and including March 20, 2007
7 is excluded from the time computations required by the Speedy Trial Act
8 due to ongoing preparation of counsel.
9 DATED: March 1, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT