UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-06-501 LKK

    Plaintiff,

  v.                                  O R D E R

ROBERT EDWARD LANDRY,

    Defendant.
_____/

    Pending before the court is defendant's motion to be released on conditions. The court must be frank and state that there may be conditions sufficient to justify release. Nonetheless, the law creates a presumption against release and two magistrates have denied release. Under the circumstances, the court will deny the motion.

    IT IS SO ORDERED.

    DATED: March 26, 2007.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT