DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-501 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| ROBERT EDWARD LANDRY, | ) | |
| | ) | DATE:  April 17, 2007 |
| Defendant. | ) | TIME:  9:30 a.m. |
| | ) | JUDGE: Lawrence K. Karlton |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of April 3, 2007 be vacated, and a new Status Conference date of April 17, 2007 at 9:30 a.m. be set.

This continuance is requested because defense counsel will be out of the district on the previously scheduled date.

It is further stipulated and agreed between the parties that the period beginning April 3, 2007 through and including April 17, 2007 should be excluded in computing the time within which the trial of the

1  above criminal prosecution must commence for purposes of the Speedy
2  Trial Act for defense preparation.  All parties stipulate and agree
3  that this is an appropriate exclusion of time within the meaning of
4  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
5  and that the ends of justice to be served by a continuance outweigh the
6  best interests of the public and the defendant in a speedy trial.

7  Dated: March 27, 2007                Respectfully submitted,

8                                       DANIEL J. BRODERICK
                                        Federal Defender

10                                      /s/ Linda Harter
                                        LINDA HARTER
11                                      Chief Assistant Federal Defender
                                        Attorney for Defendant
12                                      ROBERT EDWARD LANDRY

13 Dated: March 27, 2007
                                        MCGREGOR W. SCOTT
14                                      United States Attorney

16                                      /s/ Camil Skipper
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney

18                                   **ORDER**

19      Based on the parties' stipulation and good cause appearing
20 therefrom, the Court hereby adopts the stipulation of the parties in
21 its entirety as its order.  The Court specifically finds that the ends
22 of justice served by the granting of such continuance outweigh the
23 interests of the public and the defendant in a speedy trial.
24 IT IS SO ORDERED.
25 DATED: March 28, 2007

27                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE
28                                      UNITED STATES DISTRICT COURT

Stipulation & Order                     2