```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ROBERT EDWARD LANDRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-501 LKK | |
| Plaintiff, ) | | |
| v. ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME | |
| ROBERT EDWARD LANDRY, ) | | |
| Defendant. ) | DATE: May 8, 2007<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 1, 2007 be vacated, and a new Status Conference date of May 8, 2007 at 9:30 a.m. be set.

This continuance is requested because defense counsel will be out of the office on medical leave due to her child's scheduled surgery.

It is further stipulated and agreed between the parties that the period beginning May 1, 2007 through and including May 8, 2007 should be excluded in computing the time within which the trial of the above

1  criminal prosecution must commence for purposes of the Speedy Trial Act
2  for defense preparation.  All parties stipulate and agree that this is
3  an appropriate exclusion of time within the meaning of Title 18, United
4  States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the
5  ends of justice to be served by a continuance outweigh the best
6  interests of the public and the defendant in a speedy trial.

7  Dated: April 24, 2007                    Respectfully submitted,

8                                           DANIEL J. BRODERICK
                                            Federal Defender
9

10                                          /s/ Linda Harter
                                            LINDA HARTER
11                                          Chief Assistant Federal Defender
                                            Attorney for Defendant
12                                          ROBERT EDWARD LANDRY

13 Dated: April 24, 2007
                                            MCGREGOR W. SCOTT
14                                          United States Attorney

15
                                            /s/ Camil Skipper
16                                          CAMIL SKIPPER
                                            Assistant U.S. Attorney
17

18                                   **ORDER**

19     Based on the parties' stipulation and good cause appearing
20 therefrom, the Court hereby adopts the stipulation of the parties in
21 its entirety as its order.  The Court specifically finds that the ends
22 of justice served by the granting of such continuance outweigh the
23 interests of the public and the defendant in a speedy trial.
24 IT IS SO ORDERED.
25 DATED: April 23, 2007
26
27                                          _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
28                                          UNITED STATES DISTRICT COURT

Stipulation & Order                  2