1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ROBERT EDWARD LANDRY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    No. CR-S-06-501 LKK
                                )
12              Plaintiff,       )
                                )    STIPULATION AND ORDER
13      v.                       )    CONTINUING STATUS CONFERENCE
                                )    AND EXCLUDING TIME
14 ROBERT EDWARD LANDRY,         )
                                )    DATE:  May 8, 2007
15              Defendant.       )    TIME:  9:30 a.m.
                                )    JUDGE: Lawrence K. Karlton
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, CAMIL SKIPPER, Assistant United States

20 Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21 Federal Defender, attorney for defendant, that the current Status

22 Conference date of May 1, 2007 be vacated, and a new Status Conference

23 date of May 8, 2007 at 9:30 a.m. be set.

24      This continuance is requested because defense counsel will be out

25 of the office on medical leave due to her child's scheduled surgery.

26      It is further stipulated and agreed between the parties that the

27 period beginning May 1, 2007 through and including May 8, 2007 should

28 be excluded in computing the time within which the trial of the above

1   criminal prosecution must commence for purposes of the Speedy Trial Act

2   for defense preparation.  All parties stipulate and agree that this is

3   an appropriate exclusion of time within the meaning of Title 18, United

4   States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the

5   ends of justice to be served by a continuance outweigh the best

6   interests of the public and the defendant in a speedy trial.

7   Dated: April 24, 2007                Respectfully submitted,

8                                        DANIEL J. BRODERICK
                                         Federal Defender
9

10                                       /s/ Linda Harter
                                         LINDA HARTER
11                                       Chief Assistant Federal Defender
                                         Attorney for Defendant
12                                       ROBERT EDWARD LANDRY

13  Dated: April 24, 2007

14                                       MCGREGOR W. SCOTT
                                         United States Attorney
15

16                                       /s/ Camil Skipper
                                         CAMIL SKIPPER
17                                       Assistant U.S. Attorney

18                                 **ORDER**

19       Based on the parties' stipulation and good cause appearing

20  therefrom, the Court hereby adopts the stipulation of the parties in

21  its entirety as its order.  The Court specifically finds that the ends

22  of justice served by the granting of such continuance outweigh the

23  interests of the public and the defendant in a speedy trial.

24  IT IS SO ORDERED.

25  DATED: April 27, 2007

26

27                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
28                                       UNITED STATES DISTRICT COURT

Stipulation & Order                    2