DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-501 LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| ROBERT EDWARD LANDRY, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Status Conference on May 8, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Camil Skipper.  Defendant Robert Edward Landry was present in custody, and was represented by his counsel, Chief Assistant Federal Defender Linda Harter.

Defense counsel requested that the matter be set for further status conference on May 25, 2007 at 1:30 p.m.

The parties agreed on the need for additional time to allow time for defense preparation.

1   Following the hearing on May 8, 2007, the Court further found
2 that the defendant's hearing aid is essential and, therefore, ordered
3 that the U.S. Marshal Service provide funds to repair and/or replace
4 the device as needed.

5   IT IS HEREBY ORDERED that this matter be specially set for Status
6 Conference on May 25, 2007 at 1:30 p.m. to accommodate the sign
7 language interpreter.

8   **IT IS FURTHER ORDERED that the U.S. Marshal Service provide funds**
9 **to repair and/or replace defendant's hearing aid as needed.**

10   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
11 (iv), the period from May 8, 2007 to and including May 25, 2007 is
12 excluded from the time computations required by the Speedy Trial Act
13 due to ongoing preparation of counsel.
14 DATED: May 10, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT