```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT EDWARD LANDRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-501 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| ROBERT EDWARD LANDRY, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for Status Conference on May 25, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Camil Skipper.  Defendant Robert Edward Landry was present in custody, and was represented by his counsel, Chief Assistant Federal Defender Linda Harter.

Defense counsel requested that the matter be set for further status conference on June 19, 2007 at 9:30 a.m.

The parties agreed on the need for additional time to allow time for defense preparation.

1    The parties further indicated that if they finalize the agreement
2 to proceed with the pending State Court case before the next hearing
3 date, they will submit a stipulation and proposed order for the Judge's
4 approval.

5    IT IS HEREBY ORDERED that this matter be set for further Status
6 Conference on June 19, 2007 at 9:30 a.m..

7    IT IS FURTHER ORDERED that a stipulation and proposed order for
8 the Judge's approval will be submitted if an agreement is finalized to
9 proceed with the pending State Court case before the next hearing date.

10   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
11 (iv), the period from May 25, 2007 to and including June 19, 2007 is
12 excluded from the time computations required by the Speedy Trial Act
13 due to ongoing preparation of counsel.

15 DATED: June 6, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT