UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 22, 2007
CLERK US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-06-0501 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ROBERT EDWARD LANDRY, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __ROBERT EDWARD LANDRY__, Case No. __CR. S-06-0501__, Charge __18 USC 2252 (a)(2) - Receipt of Visual Depiction of Minor Engaged in Sexually Explicit Conduct__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔ Release on Personal Recognizance

__ Bail Posted in the Sum of $__

__ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

✓ (Other) __See attached conditions__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 22, 2007__ at __1:59 pm__.

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal

## SPECIAL CONDITIONS OF RELEASE

RE:  Landry, Robert Edward
Doc. No. 06-0501-LKK

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern and Northern District of California without the prior consent of the Pretrial Services officer;

4. You shall reside at a location approved by the Pretrial Services officer and not change your residence without the prior approval of the Pretrial Services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

8. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer.

9. You shall not access the Internet at your residence or at any other location unless prior approved by the pretrial services officer;

10. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations;

11. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade or other place primarily used by children under the age of 18;

12. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor;

Page 2
Conditions of Release - Landry, Robert

13. You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company; and, you shall be subject to a curfew that will be determined by Pretrial Services Officer;

14. You shall have no contact with witnesses/victims or potential witnesses or victims involved in the case;

15. You shall be released to the third party custody of your father, Robert Charles Landry or other appropriate custodians, as approved by Pretrial Services when the father is not available, and you shall not be left alone or travel without an appropriate custodian during the pendency of this case;

16. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer, and be escorted by an appropriate custodian to all required counseling sessions.

June 18, 2007