```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ROBERT EDWARD LANDRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-501 LKK |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| ROBERT EDWARD LANDRY, | ) | |
| | ) | DATE: August 28, 2007 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of July 3, 2007 be vacated, and a new Status Conference date of August 28, 2007 at 9:30 a.m. be set.

This continuance is requested because defense counsel has recently returned to the office following medical leave and needs additional time to prepare, to further review discovery with her client, to conduct ongoing investigation, and to explore possible resolutions.

It is further stipulated and agreed between the parties that the

1  period beginning July 3, 2007 through and including August 28, 2007
2  should be excluded in computing the time within which the trial of the
3  above criminal prosecution must commence for purposes of the Speedy
4  Trial Act for defense preparation.  All parties stipulate and agree
5  that this is an appropriate exclusion of time within the meaning of
6  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
7  and that the ends of justice to be served by a continuance outweigh the
8  best interests of the public and the defendant in a speedy trial.
9  Dated: July 2, 2007                    Respectfully submitted,

10                                         DANIEL J. BRODERICK
                                           Federal Defender
11

12                                         /s/ Linda Harter
                                           LINDA HARTER
13                                         Chief Assistant Federal Defender
                                           Attorney for Defendant
14                                         ROBERT EDWARD LANDRY

15 Dated: July 2, 2007
                                           MCGREGOR W. SCOTT
16                                         United States Attorney

17
                                           /s/ Camil Skipper
18                                         CAMIL SKIPPER
                                           Assistant U.S. Attorney
19

20                              **ORDER**

21      Based on the parties' stipulation and good cause appearing
22 therefrom, the Court hereby adopts the stipulation of the parties in
23 its entirety as its order.  The Court specifically finds that the ends
24 of justice served by the granting of such continuance outweigh the
25 interests of the public and the defendant in a speedy trial.
26 IT IS SO ORDERED.
27 DATED: July 2, 2007

28                                         _____
                                           LAWRENCE K. KARLTON
                                           SENIOR JUDGE
   Stipulation & Order                     UNITED STATES DISTRICT COURT