DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-501 LKK | |
| Plaintiff, ) | | |
| ) | STIPULATION AND ORDER | |
| v. ) | CONTINUING STATUS CONFERENCE | |
| ) | AND EXCLUDING TIME | |
| ROBERT EDWARD LANDRY, ) | | |
| ) | DATE: December 4, 2007 | |
| Defendant. ) | TIME: 9:30 a.m. | |
| ) | JUDGE: Lawrence K. Karlton | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of August 28, 2007 be vacated, and a new Status Conference date of December 4, 2007 at 9:30 a.m. be set.

   This continuance is requested because Mr. Landry is scheduled for trial in state court on November 6, 2007.

   It is further stipulated and agreed between the parties that the period beginning August 28, 2007 through and including December 4, 2007 should be excluded in computing the time within which the trial of the

1  above criminal prosecution must commence for purposes of the Speedy
2  Trial Act for defense preparation.  All parties stipulate and agree
3  that this is an appropriate exclusion of time within the meaning of
4  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
5  and that the ends of justice to be served by a continuance outweigh the
6  best interests of the public and the defendant in a speedy trial.

7  Dated: August 24, 2007              Respectfully submitted,

8                                      DANIEL J. BRODERICK
                                       Federal Defender

10                                     /s/ Linda Harter
                                       LINDA HARTER
11                                     Chief Assistant Federal Defender
                                       Attorney for Defendant
12                                     ROBERT EDWARD LANDRY

13 Dated: August 24, 2007
                                       MCGREGOR W. SCOTT
14                                     United States Attorney

16                                     /s/ Camil Skipper
                                       CAMIL SKIPPER
                                       Assistant U.S. Attorney

18                                   **ORDER**

19     Based on the parties' stipulation and good cause appearing
20 therefrom, the Court hereby adopts the stipulation of the parties in
21 its entirety as its order.  The Court specifically finds that the ends
22 of justice served by the granting of such continuance outweigh the
23 interests of the public and the defendant in a speedy trial.
24 IT IS SO ORDERED.
25 DATED: August 24, 2007

26                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
27                                     UNITED STATES DISTRICT COURT

28

Stipulation & Order                    2