```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ROBERT EDWARD LANDRY
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   No. CR-S-06-501 LKK
                                )
12              Plaintiff,      )
                                )   STIPULATION AND ORDER
13       v.                     )   CONTINUING STATUS CONFERENCE
                                )   AND EXCLUDING TIME
14  ROBERT EDWARD LANDRY,       )
                                )   DATE: January 29, 2008
15              Defendant.      )   TIME: 9:30 a.m.
                                )   JUDGE: Lawrence K. Karlton
16  _____)
```

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, CAMIL SKIPPER, Assistant United States

20 Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21 Federal Defender, attorney for defendant, that the current Status

22 Conference date of December 4, 2007 be vacated, and a new Status

23 Conference date of January 29, 2008 at 9:30 a.m. be set.

24      This continuance is requested because Mr. Landry's trial in state

25 court has been continued.

26      It is further stipulated and agreed between the parties that the

27 period beginning December 4, 2007 through and including January 29,

28 2008 should be excluded in computing the time within which the trial of

1 the above criminal prosecution must commence for purposes of the Speedy
2 Trial Act for defense preparation.  All parties stipulate and agree
3 that this is an appropriate exclusion of time within the meaning of
4 Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
5 and that the ends of justice to be served by a continuance outweigh the
6 best interests of the public and the defendant in a speedy trial.

7 Dated: November 26, 2007                Respectfully submitted,

8                                         DANIEL J. BRODERICK
                                          Federal Defender

10                                        /s/ Linda Harter
                                          LINDA HARTER
11                                        Chief Assistant Federal Defender
                                          Attorney for Defendant
12                                        ROBERT EDWARD LANDRY

13 Dated: November 26, 2007
                                          MCGREGOR W. SCOTT
14                                        United States Attorney

16                                        /s/ Camil Skipper
                                          CAMIL SKIPPER
                                          Assistant U.S. Attorney

18                                      **ORDER**

19      Based on the parties' stipulation and good cause appearing
20 therefrom, the Court hereby adopts the stipulation of the parties in
21 its entirety as its order.  The Court specifically finds that the ends
22 of justice served by the granting of such continuance outweigh the
23 interests of the public and the defendant in a speedy trial.
24 IT IS SO ORDERED.
25 DATED: November 29, 2007

27                                        LAWRENCE K. KARLTON
                                          SENIOR JUDGE
28                                        UNITED STATES DISTRICT COURT

Stipulation & Order                          2