```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ROBERT EDWARD LANDRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | No. CR-S-06-501 LKK |
|---|---|
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | AND EXCLUDING TIME |
| ROBERT EDWARD LANDRY, ) | |
| ) | DATE: January 29, 2008 |
| Defendant. ) | TIME: 9:30 a.m. |
| ) | JUDGE: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 29, 2008 be vacated, and a new Status Conference date of March 18, 2008 at 9:30 a.m. be set.

   This continuance is requested because Mr. Landry's state court dates have been continued.

   It is further stipulated and agreed between the parties that the period beginning January 29, 2008 through and including March 18, 2008 should be excluded in computing the time within which the trial of the

above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 25, 2008            Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Linda Harter
                                   LINDA HARTER
                                   Chief Assistant Federal Defender
                                   Attorney for Defendant
                                   ROBERT EDWARD LANDRY

Dated: January 25, 2008
                                   MCGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ Camil Skipper
                                   CAMIL SKIPPER
                                   Assistant U.S. Attorney


**ORDER**

   Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: January 25, 2008

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT