1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ROBERT EDWARD LANDRY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   No. CR-S-06-501 LKK
                                 )
12              Plaintiff,       )
                                 )   STIPULATION AND ORDER
13      v.                       )   CONTINUING STATUS CONFERENCE
                                 )   AND EXCLUDING TIME
14 ROBERT EDWARD LANDRY,         )
                                 )   DATE:  June 10, 2008
15              Defendant.       )   TIME:  9:30 a.m.
                                 )   JUDGE: Lawrence K. Karlton
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, CAMIL SKIPPER, Assistant United States

20 Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21 Federal Defender, attorney for defendant, that the current Status

22 Conference date of June 10, 2008 be vacated, and a new Status

23 Conference date of September 23, 2008 at 9:30 a.m. be set.

24      This continuance is requested because Mr. Landry's state court

25 trial date has been continued.

26      It is further stipulated and agreed between the parties that the

27 period beginning June 10, 2008 through and including September 23, 2008

28 should be excluded in computing the time within which the trial of the

1  above criminal prosecution must commence for purposes of the Speedy

2  Trial Act for defense preparation.  All parties stipulate and agree

3  that this is an appropriate exclusion of time within the meaning of

4  Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)

5  and that the ends of justice to be served by a continuance outweigh the

6  best interests of the public and the defendant in a speedy trial.

7  Dated: June 5, 2008                Respectfully submitted,

8                                     DANIEL J. BRODERICK
                                      Federal Defender
9

10                                    /s/ Linda Harter
                                      LINDA HARTER
11                                    Chief Assistant Federal Defender
                                      Attorney for Defendant
12                                    ROBERT EDWARD LANDRY

13  Dated: June 5, 2008

14                                    MCGREGOR W. SCOTT
                                      United States Attorney
15

16                                    /s/ Linda Harter for Camil Skipper
                                      CAMIL SKIPPER
                                      Assistant U.S. Attorney
17

18                                **ORDER**

19      Based on the parties' stipulation and good cause appearing

20  therefrom, the Court hereby adopts the stipulation of the parties in

21  its entirety as its order.  The Court specifically finds that the ends

22  of justice served by the granting of such continuance outweigh the

23  interests of the public and the defendant in a speedy trial.

24  IT IS SO ORDERED.

25  DATED: June 6, 2008

26

27                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
28                          UNITED STATES DISTRICT COURT

Stipulation & Order                    2