```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone (916) 498-5700
 5
    Attorney for Defendant
 6  ROBERT EDWARD LANDRY

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )    No. CR-S-06-501 LKK
                                )
12              Plaintiff,      )
                                )    STIPULATION AND ORDER
13      v.                      )    CONTINUING STATUS CONFERENCE
                                )    AND EXCLUDING TIME
14  ROBERT EDWARD LANDRY,       )
                                )    Date:  September 23, 2008
15              Defendant.      )    Time:  9:15 a.m.
                                )    Judge: Lawrence K. Karlton
16  _____)

17
```

18      IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, CAMIL SKIPPER, Assistant United States
20 Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant
21 Federal Defender, attorney for defendant, that the current Status
22 Conference date of September 23, 2008 be vacated, and a new Status
23 Conference date of October 15, 2008 at 9:15 a.m. be set.
24      This continuance is requested because Mr. Landry's state court
25 trial date is scheduled to begin on September 22, 2008 in Butte County.
26      It is further stipulated and agreed between the parties that the
27 period beginning from the date of signing of this order through and
28 including October 15, 2008 should be excluded in computing the time

within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: September 19, 2008         Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Linda Harter
                                  LINDA HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  ROBERT EDWARD LANDRY

Dated: September 19, 2008

                                  MCGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Linda Harter for Camil Skipper
                                  CAMIL SKIPPER
                                  Assistant U.S. Attorney


**ORDER**

   Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: September 19, 2008

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

Stipulation & Order/Robert Landry