DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT EDWARD LANDRY,<br><br>　　　　　Defendant. | No. CR-S-06-501 LKK<br><br>ORDER AFTER HEARING<br><br>Judge: Hon. Lawrence K. Karlton |

　　　This matter came before the Court for Status Conference on October 21, 2008, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Camil Skipper.  Defendant Robert Landry, who was not present due to his state custody status, was represented by his counsel, Chief Assistant Federal Defender, Linda C. Harter.

　　　Defense counsel requested that the matter be set for further status conference on December 16, 2008 at 9:15 a.m.

　　　The parties agreed on the need for additional time to allow time

1  for defense preparation.
2      IT IS HEREBY ORDERED that this matter be set for further Status
3  Conference on December 16, 2008 at 9:15 a.m.
4      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(D)
5  [delay resulting from trial with respect to other charges pending
6  against the defendant] (Local Code C), the period from October 21, 2008
7  to and including December 16, 2008 is excluded from the time
8  computations required by the Speedy Trial Act due to the defendant's
9  trial on other pending charges.
10 DATED: October 24, 2008

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT