```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-501 LKK |
|---|---|
| Plaintiff, | ) ORDER RE: |
|  | ) WAIVER OF DEFENDANT'S PRESENCE |
| v. | ) |
| ROBERT EDWARD LANDRY, | ) |
| Defendant. | ) Judge: Lawrence K. Karlton |
| _____ | ) |

     Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, ROBERT EDWARD LANDRY, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

     Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were

1  personally present; and further agrees to be present in court ready for
2  trial any day and hour the Court may fix in his absence.
3      The defendant further acknowledges that he has been informed of
4  his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and
5  authorizes his attorney to set times and dates under that Act without
6  his personal presence.
7      The original signed copy of this waiver is being preserved by the
8  attorney undersigned.
9  Dated: October 24, 2008

   /s/ Robert Landry
   ROGERT EDWARD LANDRY
   (Original retained by attorney)

13     I agree and consent to my client's waiver of appearance.
14  Dated: October 29, 2008

   /s/ Linda Harter
   LINDA C. HARTER
   Chief Assistant Federal Defender
   Attorney for Defendant
   ROBERT EDWARD LANDRY

20  IT IS SO ORDERED.
21  Dated:   October 30, 2008

   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT

Waiver of Appearance                    -2-