```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone (916) 498-5700
 5
    Attorney for Defendant
 6  ROBERT EDWARD LANDRY
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   No. CR-S-06-501 LKK
                                )
12              Plaintiff,      )
                                )   STIPULATION AND ORDER
13      v.                      )   CONTINUING STATUS CONFERENCE
                                )   AND EXCLUDING TIME
14  ROBERT EDWARD LANDRY,       )
                                )   Date:  December 16, 2008
15              Defendant.      )   Time:  9:15 a.m.
                                )   Judge: Lawrence K. Karlton
16  _____)

17
```

18      IT IS HEREBY STIPULATED by and between the parties hereto through
19 their respective counsel, CAMIL SKIPPER, Assistant United States
20 Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant
21 Federal Defender, attorney for defendant, that the current Status
22 Conference date of December 16, 2008 be vacated, and a new Status
23 Conference date of January 21, 2009 at 9:15 a.m. be set.
24      This continuance is requested because Mr. Landry remains in
25 custody on a state case and has not been sentenced in that matter.
26      It is further stipulated and agreed between the parties that the
27 period beginning from the date of signing of this order through and
28 including January 21, 2009 should be excluded in computing the time

1  within which the trial of the above criminal prosecution must commence
2  for purposes of the Speedy Trial Act for defense preparation.  All
3  parties stipulate and agree that this is an appropriate exclusion of
4  time within the meaning of Title 18, United States Code, Section
5  3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be
6  served by a continuance outweigh the best interests of the public and
7  the defendant in a speedy trial.

8  Dated: December 15, 2008            Respectfully submitted,

9                                      DANIEL J. BRODERICK
                                        Federal Defender
10

11                                     /s/ Linda Harter
                                        LINDA HARTER
12                                      Chief Assistant Federal Defender
                                        Attorney for Defendant
13                                      ROBERT EDWARD LANDRY

14 Dated: December 15, 2008
                                        MCGREGOR W. SCOTT
15                                      United States Attorney

16
                                        /s/ Linda Harter for Camil Skipper
17                                      CAMIL SKIPPER
                                        Assistant U.S. Attorney
18

19                                **ORDER**

20      Based on the parties' stipulation and good cause appearing
21 therefrom, the Court hereby adopts the stipulation of the parties in
22 its entirety as its order.  The Court specifically finds that the ends
23 of justice served by the granting of such continuance outweigh the
24 interests of the public and the defendant in a speedy trial.
25 IT IS SO ORDERED.
26 DATED: December 15, 2008

27                                      _____
                                        LAWRENCE K. KARLTON
28                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

Stipulation & Order/Robert Landry          2