DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-501 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| ROBERT EDWARD LANDRY, | ) | |
| | ) | Date:  March 17, 2009 |
| Defendant. | ) | Time:  9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

        IT IS HEREBY STIPULATED by and between the parties hereto through
their respective counsel, CAMIL SKIPPER, Assistant United States
Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant
Federal Defender, attorney for defendant, that the current Status
Conference date of March 17, 2009 be vacated, and a new Status
Conference date of April 28, 2009 at 9:15 a.m. be set.

        This continuance is requested because Mr. Landry remains in state
custody in Butte County and that matter is not expected to resolve
until mid April.

        It is further stipulated and agreed between the parties that the
period beginning from the date of signing of this order through and

including April 28, 2009 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 9, 2009                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda Harter
                                        LINDA HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        ROBERT EDWARD LANDRY

Dated: March 9, 2009

                                        LARRY BROWN
                                        Acting United States Attorney


                                        /s/ Linda Harter for Camil Skipper
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney


                                    **ORDER**

        Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: March 10, 2009

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
Stipulation & Order/Robert Landry       UNITED STATES DISTRICT COURT