```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone (916) 498-5700
 5
    Attorney for Defendant
 6  ROBERT EDWARD LANDRY

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   No. CR-S-06-501 LKK
                                )
12             Plaintiff,       )   STIPULATION AND ORDER
                                )   CONTINUING STATUS CONFERENCE
13        v.                    )   AND EXCLUDING TIME
                                )
14  ROBERT EDWARD LANDRY,       )
                                )   Date:  June 2, 2010
15             Defendant.       )   Time:  9:15 a.m.
                                )   Judge: Lawrence K. Karlton
16  _____)
```

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, CAMIL SKIPPER, Assistant United States

20  Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21  Federal Defender, attorney for defendant, that the current Status

22  Conference date of June 2, 2010 be vacated, and a new Status Conference

23  date of June 29, 2010 at 9:15 a.m. be set.

24     This continuance is requested because Mr. Landry remains in state

25  custody in Butte County and has a new hearing date of June 3, 2010 in

26  that matter.  Additionally, defense counsel will be in conference in

27  Seattle the week of June 2nd.

28     It is further stipulated and agreed between the parties that the

1  period beginning from the date of signing of this order through and
2  including June 29, 2010 should be excluded in computing the time within
3  which the trial of the above criminal prosecution must commence for
4  purposes of the Speedy Trial Act for defense preparation.  All parties
5  stipulate and agree that this is an appropriate exclusion of time
6  within the meaning of Title 18, United States Code, Section
7  3161(h)(7)(B)(iv) (Local Code T4) and that the ends of justice to be
8  served by a continuance outweigh the best interests of the public and
9  the defendant in a speedy trial.

10  Dated: May 11, 2010                  Respectfully submitted,

11                                       DANIEL J. BRODERICK
                                         Federal Defender
12
                                         /s/ Linda Harter
13                                       LINDA HARTER
                                         Chief Assistant Federal Defender
14                                       Attorney for Defendant
                                         ROBERT EDWARD LANDRY
15

16  Dated: May 11, 2010                  BENJAMIN WAGNER
                                         United States Attorney
17

18                                       /s/ Linda Harter for
                                         CAMIL SKIPPER
19                                       Assistant U.S. Attorney

20                                **ORDER**

21       Based on the parties' stipulation and good cause appearing
22  therefrom, the Court hereby adopts the stipulation of the parties in
23  its entirety as its order.  The Court specifically finds that the ends
24  of justice served by the granting of such continuance outweigh the
25  interests of the public and the defendant in a speedy trial.
26  IT IS SO ORDERED.
27  DATED: May 11, 2010                  
                                         LAWRENCE K. KARLTON
28                                       SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

Stipulation & Order/Robert Landry        2