BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-00501-LKK |
| ) Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ROBERT LANDRY, ) | DATE: June 29, 2010 |
| ) | TIME: 9:15 A.M. |
| Defendant. ) | COURT: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between the defendant, ROBERT LANDRY, and the United States, through their respective counsel, that the status conference presently set for June 29, 2010, should be continued to July 27, 2010 at 9:15 A.M.

The defendant has a state court appearance scheduled for June 30, 2010, at which several issues (including status of counsel and bail) will be addressed. The parties believe a status conference on July 27, 2010, will allow enough time for the parties to determine how they will proceed in the federal case.

The parties also agree that time should be excluded pursuant to Section 3161(h)(7)(B)(iv) of Title 18 of the United States Code and Local Code T4.

1    On June 17, 2010, Linda Harter gave Camil Skipper permission to
2 sign this stipulation on her behalf.
3 Date: June 17, 2010                    Respectfully submitted,
4                                        BENJAMIN B. WAGNER
                                         United States Attorney
5
6
                                    By:  /s/ Camil A. Skipper
7                                        CAMIL A. SKIPPER
                                         Assistant U.S. Attorney
8
9
10 Date: June 17, 2010                By:  /s/ Linda Harter
                                         LINDA HARTER
11                                       Attorney for defendant
12
13
14                                **ORDER**
15     1.   The status conference currently set for June 29, 2010, is
16 continued to July 27, 2010 at 9:15 A.M.
17     2.   Based upon the representations of the parties, the court
18 finds that the ends of justice outweigh the best interest of the
19 public and the defendant in a speedy trial.  Accordingly, time under
20 the Speedy Trial Act shall be excluded through July 27, 2010, to
21 allow reasonable time to prepare pursuant to Section
22 3161(h)(7)(B)(iv) of Title 18 of the United States Code and Local
23 Code T4..
24     IT IS SO ORDERED.
25 Date: June 21, 2010
26                                   LAWRENCE K. KARLTON
27                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
28