```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone (916) 498-5700
 5
    Attorney for Defendant
 6  ROBERT EDWARD LANDRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-501 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| ROBERT EDWARD LANDRY, | ) | |
| Defendant. | ) | Date: July 27, 2010<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of July 27, 2010 be vacated, and a new Status Conference date of September 8, 2010 at 9:15 a.m. be set.

Mr. Landry was being held in custody pending sentencing in Butte County on a separate charge.  The state court has permitted him to withdraw his plea in that case and a new trial date will be set as soon as a new attorney is named.  On August 4, 2010, there will be a hearing on the status of counsel in that case.  Meanwhile, the bond was

1  reinstated and Mr. Landry has been released and is currently under
2  pretrial supervision.  Further, the government is making available the
3  computer hard drive so that a defense expert may examine it.  The date
4  for that examination is not yet set but the parties are working
5  together to see that it happens.

6  　　It is further stipulated and agreed between the parties that the
7  period beginning from the date of signing of this order through and
8  including September 8, 2010 should be excluded in computing the time
9  within which the trial of the above criminal prosecution must commence
10 for purposes of the Speedy Trial Act for defense preparation.  All
11 parties stipulate and agree that this is an appropriate exclusion of
12 time within the meaning of Title 18, United States Code, Section
13 3161(h)(7)(B)(iv) (Local Code T4) and that the ends of justice to be
14 served by a continuance outweigh the best interests of the public and
15 the defendant in a speedy trial.

16 Dated: July 22, 2010                    Respectfully submitted,

17                                         DANIEL J. BRODERICK
                                           Federal Defender
18
                                           /s/ Linda Harter
19                                         LINDA HARTER
                                           Chief Assistant Federal Defender
20                                         Attorney for Defendant
                                           ROBERT EDWARD LANDRY
21

22 Dated: July 22, 2010                    BENJAMIN WAGNER
                                           United States Attorney
23

24                                         /s/ Linda Harter for
                                           CAMIL SKIPPER
25                                         Assistant U.S. Attorney

26

27

28

Stipulation & Order/Robert Landry       2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: July 29, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT