```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-501 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| ROBERT EDWARD LANDRY, | ) | Date: September 8, 2010<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |
| Defendant. | ) | |

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of September 8, 2010 be vacated, and a new Status Conference date of October 5, 2010 at 9:15 a.m. be set.

        This continuance is requested due to Mr. Landry's on-going state case in Butte County on a separate charge.

        It is further stipulated and agreed between the parties that the period beginning from the date of signing of this order through and including October 5, 2010 should be excluded in computing the time

1  within which the trial of the above criminal prosecution must commence
2  for purposes of the Speedy Trial Act for defense preparation.  All
3  parties stipulate and agree that this is an appropriate exclusion of
4  time within the meaning of Title 18, United States Code, Section
5  3161(h)(7)(B)(iv) (Local Code T4) and that the ends of justice to be
6  served by a continuance outweigh the best interests of the public and
7  the defendant in a speedy trial.

8  Dated: September 1, 2010            Respectfully submitted,

9                                      DANIEL J. BRODERICK
                                       Federal Defender
10
                                       /s/ Linda Harter
11                                     LINDA HARTER
                                       Chief Assistant Federal Defender
12                                     Attorney for Defendant
                                       ROBERT EDWARD LANDRY
13

14 Dated: September 1, 2010            BENJAMIN WAGNER
                                       United States Attorney
15

16                                     /s/ Linda Harter for
                                       CAMIL SKIPPER
17                                     Assistant U.S. Attorney

18                                   **ORDER**

19     Based on the parties' stipulation and good cause appearing
20 therefrom, the Court hereby adopts the stipulation of the parties in
21 its entirety as its order.  The Court specifically finds that the ends
22 of justice served by the granting of such continuance outweigh the
23 interests of the public and the defendant in a speedy trial.
24 IT IS SO ORDERED.
25 DATED: September 3, 2010

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

28

Stipulation & Order/Robert Landry          2