```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT EDWARD LANDRY
 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. CR-S-06-501 LKK
                                   )
12              Plaintiff,         )
                                   ) ORDER AFTER HEARING
13       v.                        )
                                   )
14  ROBERT EDWARD LANDRY,          )
                                   )
15                                 ) Judge: Hon. Lawrence K. Karlton
                Defendant.         )
16                                 )
    _____
17
```

18       This matter came before the Court for status conference on

19  October 5, 2010, in the courtroom of the Honorable Lawrence K. Karlton,

20  U.S. District Court Judge.  The government was represented by its

21  counsel, Assistant United States Attorney Camil Skipper.  Defendant

22  Robert Landry, who was not present due to his state custody status, was

23  represented by his counsel, Chief Assistant Federal Defender, Linda C.

24  Harter.

25       Defense counsel requested that the matter be set for further

26  status conference on November 2, 2010 at 9:15 a.m.

27       The parties agreed on the need for additional time to allow time

28  for defense preparation.

1    IT IS HEREBY ORDERED that this matter be set for further status
2 conference on November 2, 2010 at 9:15 a.m.
3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(B)
4 and 18 U.S.C. §3161(h)(3)(A)[delay resulting from trial with respect to
5 other charges pending against the defendant] (Local Code C), the period
6 from October 5, 2010 to and including November 2, 2010 is excluded from
7 the time computations required by the Speedy Trial Act due to the
8 defendant's trial on other pending charges.
9 DATED: October 18, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT