1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone (916) 498-5700
5
   Attorney for Defendant
6  ROBERT EDWARD LANDRY

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   No. CR-S-06-501 LKK
                               )
12          Plaintiff,         )   STIPULATION AND ORDER
                               )   CONTINUING STATUS CONFERENCE
13     v.                      )   AND EXCLUDING TIME
                               )
14 ROBERT EDWARD LANDRY,       )
                               )   Date:  November 2, 2010
15          Defendant.         )   Time:  9:15 a.m.
                               )   Judge: Lawrence K. Karlton
16 _____ )

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, CAMIL SKIPPER, Assistant United States

20 Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant

21 Federal Defender, attorney for defendant, that the current Status

22 Conference date of November 2, 2010 be vacated, and a new Status

23 Conference date of December 14, 2010 at 9:15 a.m. be set.

24      This continuance is requested because defense counsel needs to

25 find a new expert to conduct Mr. Landry's forensic examination. There

26 is an on-going state case in Butte County on a separate charge.

27      It is further stipulated and agreed between the parties that the

28 period beginning from the date of signing of this order through and

1  including December 14, 2010 should be excluded in computing the time
2  within which the trial of the above criminal prosecution must commence
3  for purposes of the Speedy Trial Act for defense preparation.  All
4  parties stipulate and agree that this is an appropriate exclusion of
5  time within the meaning of Title 18, United States Code, Section
6  3161(h)(7)(B)(iv) (Local Code T4) and that the ends of justice to be
7  served by a continuance outweigh the best interests of the public and
8  the defendant in a speedy trial.

9  Dated: October 28, 2010                Respectfully submitted,

10                                         DANIEL J. BRODERICK
                                           Federal Defender
11
                                           /s/ Linda Harter
12                                         LINDA HARTER
                                           Chief Assistant Federal Defender
13                                         Attorney for Defendant
                                           ROBERT EDWARD LANDRY
14

15  Dated: October 28, 2010                BENJAMIN WAGNER
                                           United States Attorney
16

17                                         /s/ Linda Harter for
                                           CAMIL SKIPPER
18                                         Assistant U.S. Attorney

19                                **ORDER**

20       Based on the parties' stipulation and good cause appearing
21  therefrom, the Court hereby adopts the stipulation of the parties in
22  its entirety as its order.  The Court specifically finds that the ends
23  of justice served by the granting of such continuance outweigh the
24  interests of the public and the defendant in a speedy trial.
25  IT IS SO ORDERED.
26  DATED: October 29, 2010
27                                         LAWRENCE K. KARLTON
                                           SENIOR JUDGE
28                                         UNITED STATES DISTRICT COURT

Stipulation & Order/Robert Landry         2