```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone (916) 498-5700
 5
    Attorney for Defendant
 6  ROBERT EDWARD LANDRY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-501 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION ANDORDER |
|  | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | AND EXCLUDING TIME |
| ROBERT EDWARD LANDRY, | ) |  |
|  | ) | Date:  February 15, 2011 |
| Defendant. | ) | Time:  9:15 a.m. |
|  | ) | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 15, 2011 be vacated, and a new Status Conference date of February 23, 2011 at 9:15 a.m. be set.

This continuance is requested because undersigned counsel will be attending a funeral and unavailable to appear on the present date. Additionally, Mr. Landry still has an on-going state case in Butte County on a separate charge.

It is further stipulated and agreed between the parties that the

1  period beginning from the date of signing of this order through and
2  including February 23, 2011 should be excluded in computing the time
3  within which the trial of the above criminal prosecution must commence
4  for purposes of the Speedy Trial Act for defense preparation.  All
5  parties stipulate and agree that this is an appropriate exclusion of
6  time within the meaning of Title 18, United States Code, Section
7  3161(h)(7)(B)(iv) (Local Code T4) and that the ends of justice to be
8  served by a continuance outweigh the best interests of the public and
9  the defendant in a speedy trial.

10 Dated: February 15, 2011          Respectfully submitted,

11                                   DANIEL J. BRODERICK
                                     Federal Defender
12
                                     /s/ Linda Harter
13                                   LINDA HARTER
                                     Chief Assistant Federal Defender
14                                   Attorney for Defendant
                                     ROBERT EDWARD LANDRY
15

16 Dated: February 15, 2011          BENJAMIN WAGNER
                                     United States Attorney
17

18                                   /s/ Linda Harter for
                                     CAMIL SKIPPER
19                                   Assistant U.S. Attorney

20                                 **ORDER**

21      Based on the parties' stipulation and good cause appearing
22 therefrom, the Court hereby adopts the stipulation of the parties in
23 its entirety as its order.  The Court specifically finds that the ends
24 of justice served by the granting of such continuance outweigh the
25 interests of the public and the defendant in a speedy trial.
26 IT IS SO ORDERED.
27 DATED: February 15, 2011
28
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
Stipulation & Order/Robert Landry    UNITED STATES DISTRICT COURT