DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-501 LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| ROBERT EDWARD LANDRY, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for status conference on February 23, 2011, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Camil Skipper.  Defendant Robert Landry, whose Waiver of Personal Appearance is on file with the Court, was represented by his counsel, Chief Assistant Federal Defender, Linda C. Harter.

Defense counsel requested that the matter be set for further status conference on April 19, 2011 at 9:15 a.m.

The parties agreed on the need for additional time to allow time for defense preparation.

1 | IT IS HEREBY ORDERED that this matter be set for further status
2 | conference on April 19, 2011 at 9:15 a.m.
3 | IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(B)
4 | and 18 U.S.C. §3161(h)(3)(A)[delay resulting from trial with respect to
5 | other charges pending against the defendant] (Local Code C), the period
6 | from February 23, 2011 to and including April 19, 2011 is excluded from
7 | the time computations required by the Speedy Trial Act due to the
8 | defendant's trial on other pending charges.
9 | DATED: March 7, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT