| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | LINDA C. HARTER, CA Bar #179741<br>Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant<br>ROBERT EDWARD LANDRY |



FILED

APR 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 06-501 LKK |
| Plaintiff, | ) ) | |
| v. | ) ) | MOTION TO MODIFY CONDITIONS OF RELEASE PURSUANT TO 18 USC 3142(C)(3); ORDER |
| ROBERT EDWARD LANDRY, | ) ) | |
| Defendant. | ) ) ) | Date: April 18, 2011<br>Time: 2:00 p.m.<br>Judge: Hon. Kendall J. Newman |

The defendant requests that his conditions of release be modified to facilitate a visit by his step-mother's grandchildren over Easter. The government has no objection to the essence of this request although some of the details could not be worked out with pretrial services.

Mr. Landry was arrested in December of 2006. He was ordered detained at his initial detention hearing. He appealed his detention order and the case was remanded by the Ninth Circuit for further proceedings. On June 22, 2007 he was ordered released on his Personal Recognizance under conditions. Those conditions included the third party release to his father and that he remain with his father or other approved guardian at all times. He was also ordered to wear an ankle

monitor and abide by a curfew set by pretrial services. The conditions also prohibit him from being in the presence of minor children unless the parent or legal guardian of the children is present.[1] With the exception of a period spent in state custody, Mr. Landry has been abiding by these conditions since 2007 without incident.[2] He has kept in touch with counsel and attended all court appearances as required.

Over the Easter weekend Mr. Landry's stepmother will be watching her grandchildren who will be visiting from out of town. She is not the parent or legal guardian of these two children. Mr. Landry and his father would like to stay in an area hotel during that time.[3] Further, Mr. Landry would like to attend Mass at the Easter Vigil and on Sunday with the whole family, including Clare's grandchildren. Clare, his stepmother, and Robert Landry Sr., his father, will be present at all times.

Pretrial has been contacted about this request. After initially indicating that there were no objections, pretrial service later withdrew its agreement because of issues with the ankle monitor. Counsel undersigned is not really sure what the problem is with the ankle monitor while the defendant would be in a hotel since Mr. Landry has stayed in motels numerous times during his release when traveling

---

[1] There are several other standard and special conditions which are not relevant to this discussion.

[2] A separate state court proceeding has been simultaneously litigated since November of 2006. That case is proceeding in Butte County. It went to trial in September of 2008 and Mr. Landry pled during the middle of his trial. Following his plea he was taken into custody on the state matter. In the spring of 2010 the state court allowed him to withdraw his plea and he was thereafter released from custody once again.

far from home for court hearings.[4]

There is a waiver on file and the defendant does not intend to travel for this hearing because of the expense and to spare the Court the need to hire the American Sign Language Interpreter. The defense believes that this motion can be dealt with without his presence and has conferred with Mr. Landry regarding this matter. Further, the defense believes this requested modification is reasonable in light of the fact that he has been on supervision for so long with no incidents.

Dated: April 11, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
ROBERT EDWARD LANDRY

**ORDER**

Good cause appearing and with the agreement of the parties, the defendant's conditions of release are hereby modified pursuant to 18 USC § 3142(c)(3) to allow Mr. Landry to stay at an area hotel from April 22, 2011 to April 24, 2011. Mr. Landry shall notify pretrial services as soon as possible regarding which hotel and room they will be staying in. Further, Mr. Landry will be allowed to attend Easter Services that weekend with his father, stepmother and his stepmother's

---

[4] Mr. Landry resides in the San Jose area and is supervised by pretrial services in that area. He has traveled numerous times to Butte County and Shasta Counties for court proceedings. During those travels he has stayed with his father in hotels. His probation officer in San Jose has no objection to this request. His supervision officer in this district is Ms. Faubion.

grandchildren. It is ordered that he be with his father during these services. *All other conditions of release are to remain in full force and effect.*

Dated: April 13, 2011

HON. CRAIG M. KELLISON
U.S. Magistrate Judge

Request to Modify Release Conditions     -4-