```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT EDWARD LANDRY
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-501 LKK |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| ROBERT EDWARD LANDRY, | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |

This matter came before the Court for status conference on April 19, 2011, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Camil Skipper. Defendant Robert Landry, whose Waiver of Personal Appearance is on file with the Court, was represented by his counsel, Chief Assistant Federal Defender, Linda C. Harter.

Defense counsel requested that the matter be set for further status conference on May 24, 2011 at 9:15 a.m.

The parties agreed on the need for additional time to allow time for defense preparation.

1   IT IS HEREBY ORDERED that this matter be set for further status
2 conference on May 24, 2011 at 9:15 a.m.
3   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(B)
4 and 18 U.S.C. §3161(h)(3)(A)[delay resulting from trial with respect to
5 other charges pending against the defendant] (Local Code C), the period
6 from April 19, 2011 to and including May 24, 2011 is excluded from the
7 time computations required by the Speedy Trial Act due to the
8 defendant's trial on other pending charges.
9 DATED: April 25, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT