DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-501 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| ROBERT EDWARD LANDRY, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for status conference on July 19, 2011, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Camil Skipper. Defendant Robert Landry was present and represented by his counsel, Chief Assistant Federal Defender, Linda C. Harter.

The parties stipulated to the setting of trial-confirmation on November 15, 2011 and jury trial on December 6, 2011.

The parties agreed on the need for additional time to allow time for defense preparation and to accomodate Mr. Landry's trial schedule in state court.

1    IT IS HEREBY ORDERED that this matter be set for trial
2 confirmation on November 15, 2011 at 9:15 a.m. and jury trial on
3 December 6, 2011 at 10:30 a.m.
4    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(B)
5 and 18 U.S.C. §3161(h)(3)(A)[delay resulting from trial with respect to
6 other charges pending against the defendant] (Local Code C), the period
7 from July 19, 2011 to and including December 6, 2011 is excluded from
8 the time computations required by the Speedy Trial Act due to the
9 defendant's other pending charges. The Court finds that the interest of
10 justice served by this continuance outweigh the best interest of the
11 public and the defendants in a speedy trial.
12 DATED: July 22, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT