DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ROBERT EDWARD LANDRY,<br><br>             Defendant. | No. CR-S-06-501 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING TRIAL CONFIRMATION<br>AND JURY TRIAL DATES AND<br>EXCLUDING TIME<br><br>Date:  November 15, 2011<br>Time:  9:15 a.m.<br>Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Trial Confirmation hearing date of November 15, 2011 and Jury Trial date of December 6, 2011 be vacated, and a new Trial Confirmation hearing date of February 22, 2012 and Jury Trial date of March 13, 2012 at 9:15 a.m. be set.

Mr. Landry's federal case has been trailing an on-going state case in Butte County, and the state case has been continued again.  The parties stipulate and agree to continue this case, as proceeding after

1  the state case will likely simplify some of the pretrial issues that
2  will need to be litigated.  As an example, the outcome of the state
3  case may impact the admissibility or inadmissibility of 404(b) material
4  in the federal case.
5      Additionally, the parties have consulted with the staff
6  interpreter to ensure that a sign language interpreter will be
7  available for the new trial date.
8      It is further stipulated and agreed between the parties that the
9  period beginning from the date of signing of this order through and
10 including March 13, 2012 should be excluded in computing the time
11 within which the trial of the above criminal prosecution must commence
12 for purposes of the Speedy Trial Act for defense preparation.  All
13 parties stipulate and agree that this is an appropriate exclusion of
14 time within the meaning of Title 18, United States Code, Section
15 3161(h)(7)(B)(iv) (Local Code T4) and that the ends of justice served
16 by granting such a continuance outweigh the best interest of the public
17 and the defendant in a speedy trial.

18 Dated: August 24, 2011                Respectfully submitted,

19                                       DANIEL J. BRODERICK
                                         Federal Defender
20
                                         /s/ Linda Harter
21                                       LINDA HARTER
                                         Chief Assistant Federal Defender
22                                       Attorney for Defendant
                                         ROBERT EDWARD LANDRY
23

24 Dated: August 24, 2011                BENJAMIN B. WAGNER
                                         United States Attorney
25

26                                       /s/ Linda Harter for
                                         CAMIL SKIPPER
27                                       Assistant U.S. Attorney

28

Stipulation & Order/Robert Landry     2

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of August 30, 2011, through and including March 13, 2012, pursuant to 18 U.S.C. §3161(h)(7) (B) (iv) and Local Code T4 [reasonable time for defense counsel to prepare and continuity of defense counsel].

IT IS SO ORDERED.

DATED: August 31, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT