DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-06-501 LKK |
| Plaintiff, | |
| | ORDER AFTER HEARING |
| v. | |
| ROBERT EDWARD LANDRY, | |
| | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

This matter came before the Court for status conference/trial confirmation on February 28, 2012, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Kyle Reardon.  Defendant Robert Landry, who was not present with a waiver of appearance on file, was represented by his counsel, Chief Assistant Federal Defender, Linda C. Harter.

The trial-confirmation hearing date was reset to October 2, 2012 at 9:15 a.m.

The jury trial date of March 13, 2012 was vacated, and reset for October 23, 2012 at 10:30 a.m.

1        The parties agreed on the need for additional time to allow time
2   for defense preparation and to accommodate Mr. Landry's trial schedule
3   in state court.
4        IT IS HEREBY ORDERED that this matter be set for trial
5   confirmation on October 2, 2012 at 9:15 a.m. and for jury trial on
6   October 23, 2012 at 10:30 a.m.
7        IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(B)
8   and 18 U.S.C. §3161(h)(3)(A)[delay resulting from trial with respect to
9   other charges pending against the defendant] (Local Code C), the period
10  from February 28, 2012 to and including October 23, 2012 is excluded
11  from the time computations required by the Speedy Trial Act due to the
12  defendant's other pending charges.  The Court specifically finds that
13  the ends of justice served by granting of such a continuance outweigh
14  the interest of the public and the defendant in a speedy trial.
15  DATED: March 5, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT