BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT EDWARD LANDRY,<br><br>　　　　　　　Defendant. | CASE NO.  2:06-CR-00501 LKK<br><br>**ORDER SETTING TRIAL** |

　　　The parties appeared before the Court on Tuesday, October 10, 2012, in case number 2:06-CR-00501 LKK.  At that time, the Court granted defense counsel's motion to continue the trial date until March 26, 2013, with a trial confirmation hearing to be held on March 3, 2013.  This motion was granted for the reasons stated by defense counsel in her motion and declaration of support filed <u>under seal</u>.

　　　In addition, for the reasons stated in defense counsel's sealed motion and declaration, the Court found that the time beginning October 2, 2010, and extending through October 10, 2010, was excluded from the calculation of time under the Speedy Trial Act.  The exclusion of time is appropriate due to defense counsel's need to

prepare, and for continuity of counsel.  The additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  In addition, the Court found the matter to be complex.  Id. at (ii); Local Code T2.

ACCORDINGLY, it is hereby ordered that the matter is set for trial to commence on March 26, 2013, with a trial confirmation hearing to be held on March 3, 2013, and that the time beginning October 10, 2012, and extending through March 23, 2013, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: October 15, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT