KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlegal.com

Attorneys for Defendant
ROBERT LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:06-CR-00501 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESETTING STATUS CONFERENCE** |
| v. | |
| ROBERT LANDRY, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and defendant, Robert Landry, through his counsel, Kresta Nora Daly, that the trial status conference set for March 7, 2013 be vacated.  The parties request a trial status conference for March 12, 2013.

The defense is requesting to move the trial status conference currently set for March 7, 2013 in order to resolve a scheduling conflict.

At the trial status conference the parties anticipate requesting the Court vacate the date currently set for jury trial in this matter and requesting a new date in the fall.  The reasons for this request will be set forth with more particularity in Court but include the pending trial dates in Mr. Landry's state court case as well as the trial calendars of both the defense and the prosecution.

///

///

///

{00007921}

The parties stipulate time should be excluded pursuant to Local Code T4 for preparation of counsel. The parties further stipulate this continuance is necessary in furtherance of justice and outweighs the interests of the defendant and the public for a speedy trial.

Dated: March 5, 2013.          Respectfully submitted,

                               BARTH TOZER & DALY LLP

                               By    /s/ Kresta Nora Daly
                                     KRESTA NORA DALY
                                     Attorneys for ROBERT BAUER

Dated: March 5, 2013.          By    /s/ Kresta Nora Daly for
                                     KYLE REARDON
                                     Assistant United States Attorney

## ORDER

For the reasons stipulated by the parties the status conference of March 7, 2013 is vacated. A status conference will be reset for March 12, 2013. The Court finds excludable time through March 12, 2013 under Title 18, United States Code Section (h)(7)(B)(iv) and Local Code T4 to allow for preparation and continuity of counsel. The Court finds that the interest of justice served by granting the request outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: March 6, 2013

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT