KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlegal.com

Attorneys for Defendant
ROBERT LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-CR-00501 LKK |
| Plaintiff, | **STIPULATION AND ORDER VACATING STATUS CONFERENCE, VACATING TRIAL AND SETTING CHANGE OF PLEA** |
| v. | |
| ROBERT LANDRY, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and defendant, Robert Landry, through his counsel, Kresta Nora Daly, that the trial status conference set for August 20, 2013 and the trial set for September 17, 2103 be vacated.  The parties request a change of plea be set for September 17, 2013.

The parties have reached a resolution in this case.  The parties will provide the court with a draft copy of the plea agreement prior to September 17, 2013.

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER                                                              [Case No. 2:06-CR-501 LKK]

Time was previously excluded to September 17, 2013 by prior order of this court. The parties stipulate no additional exclusion of time is necessary.

Dated: August 13, 2013.            Respectfully submitted,

BARTH TOZER & DALY LLP

By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for ROBERT LANDRY

Dated: August 13, 2013.    By   /s/ Kresta Nora Daly for
                                KYLE REARDON
                                Assistant United States Attorney

### ORDER

For the reasons stipulated by the parties the status conference of August 20, 2013 is vacated. The trial date of September 17, 2013 is also vacated. This matter is set for a change of plea on September 17, 2013.

**IT IS SO ORDERED.**

Dated: August 14, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT