KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email: kdaly@btdlegal.com

Attorneys for Defendant
ROBERT LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LANDRY,<br><br>Defendant. | Case No. 2:06-CR-00501 LKK<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING PRETRIAL<br>RELEASE CONDITION** |

   Mr. Landry wishes to seek employment.

   On June 22, 2007 this court ordered Mr. Landry released subject to specific release conditions [Docket Entry 58].  Among those release conditions is Condition 15 which states Mr. Landry was released to the third party custody of his father, Robert Charles Landry.  Condition 15 requires either Robert Charles Landry or another custodian, approved by Pretrial Services, accompany Mr. Landry at all times and that he not be left alone or travel unaccompanied during the pendency of this case.

   Condition 15 effectively precludes Mr. Landry from seeking or maintaining employment. Therefore, the parties hereby stipulate that, subject to approval by Pretrial Services, Condition 15 shall be amended to allow Mr. Landry to engage in those activities necessary to seek and maintain employment while not being supervised by Robert Charles Landry or other third party custodian.

   All other terms and conditions of the June 22, 2007 order releasing Mr. Landry remain

1  unchanged.

2  Dated: September 20, 2013.        Respectfully submitted,

3                                    BARTH TOZER & DALY LLP

4
                                     By    /s/ Kresta Nora Daly
5                                          KRESTA NORA DALY
                                           Attorneys for ROBERT LANDRY
6

7  Dated: September 20, 2013.        By    /s/ Kresta Nora Daly for
                                           KYLE REARDON
8                                          Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: September 30, 2013.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT