1  KRESTA NORA DALY, SBN 199689
   BARTH TOZER & DALY LLP
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@btdlegal.com

5  Attorneys for Defendant
   ROBERT LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:06-CR-00501 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESETTING SENTENCING HEARING** |
| v. | |
| ROBERT LANDRY, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and defendant, Robert Landry, through his counsel, Kresta Nora Daly, that the sentencing hearing set for December 3, 2013 be vacated. The parties request a new sentencing hearing for January 14, 2014.

The parties are requesting this new date because Mr. Landry's probation interview has been delayed. The delay was caused by the need to coordinate a sign language interpreter and defense counsel's schedules.

///

///

///

///

///

///

STIPULATION AND ORDER                                                                              [Case No. 2:06-CR-501 LKK]

Dated: October 28, 2013.        Respectfully submitted,

BARTH TOZER & DALY LLP

By     /s/ Kresta Nora Daly
         KRESTA NORA DALY
         Attorneys for ROBBIE LANDRY

Dated: October 28, 2013.        By    /s/ Kresta Nora Daly for
         KYLE REARDON
         Assistant United States Attorney

## ORDER

For the reasons stipulated by the parties the sentencing date of December 3, 2013 is vacated. A sentencing hearing will be reset for January 14, 2014 at 9:15AM.

**IT IS SO ORDERED.**

Dated: November 4, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER                                [Case No. 2:06-CR-501 LKK]